UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FRANCISCO ESPARZA-JIMENEZ (1), )<br>  aka Tony, )<br>)<br>Defendant. )<br>) | Case No. 98CR2916-JAH<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANT |

Upon motion of the UNITED STATES OF AMERICA, IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed without prejudice, and the Arrest Warrant be recalled.

DATED: June 20, 2016

_____
HONORABLE JOHN A. HOUSTON
United States District Judge